UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

| | |
|---|---|
| JAMES C. ROUNTREE | CIVIL ACTION NO. 2:19cv09143 |
| VS. | JUDGE IVAN L.R. LEMELLE |
| JOSEPH P. LOPINTO, III, JEFFERSON PARISH SHERIFF AND MOON'S TOWING SERVICE, INC. | MAGISTRATE JUDGE: MICHAEL B. NORTH |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff respectfully moves the court for summary judgment as more fully explained in the accompanying memorandum. Defendants seized plaintiff's automobile allegedly in connection with an investigation that had been concluded before the warrantless seizure.

/s/ James A. Rountree
James A. Rountree, 11491
Rountree Law Offices
400 Hudson Lane
Monroe, LA 71201
Telephone: (318) 398-2737
Facsimile: (318) 398-2738

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on January 9, 2020 a copy of the foregoing was filed electronically with the United States Court, Eastern District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

\s\ James A. Rountree
James A. Rountree, 11491