UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

| | |
|---|---|
| JAMES C. ROUNTREE | CIVIL ACTION NO. 2:19cv09143 |
| VS. | JUDGE IVAN L.R. LEMELLE |
| JOSEPH P. LOPINTO, III, JEFFERSON PARISH SHERIFF AND MOON'S TOWING SERVICE, INC. | MAGISTRATE JUDGE: MICHAEL B. NORTH |

## ORDER

**CONSIDERING** the plaintiff's motion for summary judgment,

**IT IS ORDERED THAT** plaintiff's motion for summary judgement against Sheriff Joseph Lopinto in the amount of $1,919.58 be and it is hereby GRANTED.

Order signed at New Orleans, this _____ day of January, 2020.

_____
MAGISTRATE JUDGE