UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

JAMES C. ROUNTREE                        CIVIL ACTION NO. 2:19cv09143

VS.                                      JUDGE  IVAN L.R. LEMELLE

JOSEPH P. LOPINTO, III, JEFFERSON        MAGISTRATE JUDGE:
PARISH SHERIFF AND                       MICHAEL B. NORTH
MOON'S TOWING SERVICE, INC.

### STATEMENT OF FACTS ABOUT WHICH THERE IS NO GENUINE DISPUTE

Plaintiff submits the following facts are not subject to a genuine dispute and entitle him to summary judgment against the defendants.

1.     On February 6, 2019, plaintiff's vehicle was in the parking lot at Oschner Hospital.[1]

2.     The vehicle that was parked left of plaintiff drove off and a white SUV pulled into the unoccupied space.[2]

3.     The white SUV parked at an angle that made it impossible for plaintiff's vehicle to escape the parking lot without touching the SUV.[3]

4.     After studying the possibilities of getting plaintiff's vehicle out of the parking lot, the driver backed up and grazed the side of the SUV.[4]

5.     The driver of plaintiff's vehicle inspected the SUV from within the vehicle, and

---

[1]  Oschner video footage; CD-ROM, Doc 32 R; produced by defendant Lopinto, See Declaration of James A. Rountree; Exhibit 2 w/ attached report; Affidavit of Mary Lou Rountree.

[2]  See Oschner video footage; CD-ROM, Doc 32 R; affidavit of Mary Lou Rountree.

[3]  See Oschner video footage; CD-ROM, Doc 32 R; affidavit of Mary Lou Rountree.

[4]  Affidavit of Mary Lou Rountree and Oschner Video; CD-ROM, Doc 32 R.

after backing out, stopped to inspect the SUV from the ground.  There was no mark or sign of injury to either vehicle.[5]

6.      Defendant Jefferson Parish Sheriff sent a letter dated February 15, 2019, telling James Rountree to get an appointment with the hit and run office within seven days.[6]

7.      Plaintiff was in England from October 2018 until a visit in April 2019.  He was abroad when the alleged hit and run incident occurred and when his vehicle was seized.[7]

8.      Defendant Sheriff was informed that plaintiff was overseas February 2019.[8]

9.      Records produced by the sheriff in response to discovery reveal that the driver of plaintiff's vehicle was a woman and not a young man.[9]

10.     The excuse given by the sheriff for the seizure and impoundment of plaintiff's vehicle is "investigation" of  a hit and run incident, but defendants have been unable to describe an investigation or explain how a motor vehicle could reveal information about the incident recorded on video at Ochsner.[10]

11.     Plaintiff's automobile was seized on February 29, 2019.[11]

---

[5]  Affidavit of Mary Lou Rountree.

[6]  Affidavit of Mary Lou Rountree.

[7]  Declaration of James C. Rountree and Affidavit of Mary Lou Rountree.

[8]  Affidavit of Mary Lou Rountree.

[9]  Oschner video footage; CD-ROM, Doc 32 R; and Declaration of James A. Rountree, Exhibit 2 w/ attached report; and Exhibit 3, admission 4, September 4, 2019.

[10]  Exhibit 2, sheriff response to interrogatories 2 and 3, June 19, 2019.

[11]  Affidavit of Mary Lou Rountree.

12.     The sheriff's "investigation" was completed no later than February 28, 2019.[12] The stated reason for the seizure, therefore, was untruthful.

13.     Deputy Green was acting the course and scope of his employment when he authorized Moon's Towing to seize plaintiff's vehicle at Pelican Bay Apartments.[13]

14.     None of the bases under Louisiana law authorizing the seizure or impoundment of vehicles was applicable to the seizure of plaintiff's.[14]

15.     Plaintiff had to pay $1674.58 to secure the release of his automobile and $65 to repair the damage to the muffler/tailpipe.  There is an unrepaired dent estimated to cost $200 to repair.[15]

/s/ James A. Rountree
James A. Rountree, 11491
Rountree Law Offices
400 Hudson Lane
Monroe, LA  71201
Telephone:  (318) 398-2737
 Facsimile: (318) 398-2738

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on January 9, 2020 a copy of the foregoing was filed electronically with the United States Court, Eastern District of Louisiana using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

\s\ James A. Rountree

---

[12]  Exhibit 2, sheriff answers to interrogatories 2 and 3 including attached report (for dates of investigation only).  Nothing resembling an investigation occurred after the seizure.

[13]  Exhibits 3 and 4, sheriff admission 5 September 4, 2019, and Green admission 4, August 15, 2019.

[14]  Declaration of James C. Rountree and Exhibit 2, sheriff response to second requests for admission and interrogatories June 19, 2019 explaining original denials of requested admissions.

[15]  Declaration of James C. Rountree.